1  David C. Johnston (SBN  71367)
   Attorney at Law
2  1600 G Street, Suite 102
   Modesto, California 95354
3  Telephone: (209) 579-1150
   FAX: (209) 579-94201
4
   Attorney for Debtor
5  Souza Propane, Inc.

6

7              UNITED STATES BANKRUPTCY COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10 In re                                    Case No. 14-91633
                                            Chapter 11 Case
11 Souza Propane, Inc.,
                                            D.C. No. DCJ-1
12                                          [No hearing set]
         Debtor.
13 _____/

14
        **DECLARATION OF DAVID C. JOHNSTON IN SUPPORT OF DEBTOR'S**
15      **APPLICATION FOR FOURTEEN ADDITIONAL DAYS TO FILE DOCUMENTS**

16      I, David C. Johnston, declare:

17      1. I am the attorney of record for Souza Propane Inc., (the "Debtor"). I have

18 personal knowledge of the following facts and would testify competently if called

19 as a witness.

20      2.  On December 17, 2014, the Debtor filed a voluntary petition in this

21 Court under Chapter 11 of Title 11, United States Code.  No trustee has been

22 appointed and the Debtor is serving as debtor in possession.

23      3.  The Debtor's schedules A to H,  summary of schedules, statement of

24 financial affairs, attorney's disclosure statement, list of 20 largest unsecured

25 creditors, and list of equity security holders are due on December 31, 2014.  I will

26 not be able to prepare these documents within the initial time allowed by the

27 Debtor's Application for Fourteen
   Additional Days to File Documents
                        Page 1

1 Rules. All other required documents have been prepared and filed, including the
2 creditor mailing matrix.

3     4.   An additional 14  days will be required in order to prepare and file these
4 documents with the Court because:

5     (a) The Debtor's financial affairs are complicated, involve numerous leases
6 which may in fact be disguised security agreements, liabilities which appear to
7 exceed $6,000,000, several substantial litigation magtters pending in state court,
8 and tax issues;

9     (b) I had never represented the Debtor nor any related entity prior to being
10 retained by the Debtor for the Chapter 11 petition and had no knowledge of the
11 Debtor's financial situation until a few days before the petition was filed;.

12     (c) The petition was filed on an emergency basis due to an imminent hearing
13 in state court on a mortion for issuance of a pre-judgment writ of attachment;

14     (d) For the past eight days, I have been at home extremely sick due to both
15 gastro-intestinal problems and bronchitis. Today is the first day I have been able
16 to work at all since the day before Christmas; and

17     (e)  My office, as well as the Court, were closed on December 25 and 26,
18 2014, due to the Christmas holiday.

19     4.  The Debtor is requesting an additional 14 days to file schedules A to H,
20 summary of schedules, statement of financial affairs, attorney's disclosure
21 statement, list of 20 largest unsecured creditors, and list of equity security
22 holders.

23     5.   A complete and accurate master address list with the names and
24 addresses of all creditors has been filed. The §341 meeting has been scheduled
25 for January 26, 2015, which is 13 days after the documents will be filed,
26 providing sufficient time for creditors and the U.S. Trustee to review them. The

27
Debtor's Application for Fourteen
Additional Days to File Documents

Page 2

1   delay in filing documents will not delay notice of the commencement of the case.

2       6.  No prior extensions have been requested.

3       7.  Federal Rule of Bankruptcy Procedure 1007(c) permits an extension of time "for cause shown" upon notice to the U.S. Trustee, any committees, the Trustee, or such other parties as the Court may direct. No committees have been appointed. No trustee has been appointed. I have reviewed the Court's docket. Three parties have requested special notice. The Court has not directed service on any parties, and this application is being served on the United States Trustee and the parties who requested special notice.

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Modesto, California on December 31, 2014.

                              */s/ David C. Johnston*

                              David C. Johnston

////

/////

/////

/////

Debtor's Application for Fourteen
Additional Days to File Documents

Page 3