B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Eastern District of California

In re **Souza Propane, Inc.** ,

Case No. **14-91633**

Debtor

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 6,554,174.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,919,925.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 140,535.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 1,558,703.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 6,554,174.00 | | |
| Total Liabilities | | | | 3,619,163.00 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Eastern District of California

In re    **Souza Propane, Inc.**                            ,     Case No.    **14-91633**

                                  Debtor

Chapter                 **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re __Souza Propane, Inc._____,    Case No. __14-91633___
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | **0.00** | |
| | | | | (Report also on Summary of Schedules) | |

__0___ continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    __Souza Propane, Inc._____,    Case No.    __14-91633_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash at business, less than** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Rabobannk, checking account (payroll taxes) 0359** | - | 1.00 |
| | | **Rabobank, checking account (main account), 1808** | - | 1.00 |
| | | **Rabobank, checking account (merchant services) 8267** | - | 1.00 |
| | | **Rabobank, checking account (payroll account) 1034 (overdrawn)** | - | 0.00 |
| | | **Rabobank, checking account (petty cash) 5253, overdrawn $220** | - | 0.00 |
| | | **Rabobank, checking account (operating account) 3328** | - | 1.00 |
| | | **Rabobank, checking account (wire/ACH account) 5306** | - | 1.00 |
| | | **Citibank, checking account (operating) 1810** | - | 21.00 |
| | | **Citibank, checking account (petty cash) 5129** | - | 11.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with Crossroads Leasing and Finance, LLC** | - | 68,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Used employee uniforms** | - | 100.00 |

|  | Sub-Total > | 68,237.00 |
|---|---|---|
| | (Total of this page) | |

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Souza Propane, Inc.**                                                      ,          Case No.    **14-91633**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | - | 236,600.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >          236,600.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Souza Propane, Inc.** ,                                    Case No.   **14-91633**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Disputed insurance claim re water damage | - | 100,000.00 |
| | | Disputed insurance claim re stolen vehicles | - | 30,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer lists, per Kemper & Co, CPAs, appraisal | - | 1,053,000.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Freightliner FL50, boom truck | - | 40,000.00 |
| | | 2 forklifts (Nissan and Mitsubishi) | - | 20,000.00 |
| | | 2 tank haulers | - | 5,000.00 |
| | | 1 box van | - | 6,000.00 |
| | | 4 flatbed utility trailers | - | 4,000.00 |
| | | 1979 CTRTL box trailer | - | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >        **1,261,000.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Souza Propane, Inc.**            ,    Case No.   **14-91633**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, office furniture, computers** | - | **15,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **5 bulk storage tanks** | - | **300,000.00** |
| | | **2 smaller storage tanks** | - | **20,000.00** |
| 30. Inventory. | | **Propane** | - | **10,000.00** |
| | | **1,310 tanks ready for resale** | - | **1,035,135.00** |
| | | **746 tanks to be reburbished for rental or sale** | - | **222,047.00** |
| | | **1,969 tanks leased to customers** | - | **1,329,075.00** |
| | | **16 motor fuel tanks** | - | **6,400.00** |
| | | **1,396 tanks less than 100 gallons or cylinder tanks** | - | **111,680.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Goodwill per Kemper & Co, CPAs, appraisal** | - | **1,939,000.00** |

|  |  |
|---|---|
| Sub-Total > | **4,988,337.00** |
| (Total of this page) | |
| Total > | **6,554,174.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Souza Propane, Inc.**                                                                            Case No.    **14-91633**
                                                          Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. | | | | 2013 | | | | | |
| **Ferrellgas**<br>**6519 Redeker Place**<br>**Newark, CA 94560** | | N A | | **Third position attachment lien**<br><br>**Accounts receivable, propane, and tanks** | | | | | |
| | | | | VALUE          $3,270,937.00 | | | | $863,042.00 | $0 |
| ACCOUNT NO. | | | | November 4 and 11, 2013 | | | | | |
| **Kiva Energy, Inc.**<br>**1262 Dupont Court**<br>**Manteca, CA 95336** | | N A | | **Second position security interest**<br><br>**Accounts receivable, propane, and tanks** | | | | | |
| | | | | VALUE          $3,270,937.00 | | | | $658,907.00 | $0 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re    **Souza Propane, Inc.**                        Case No.    **14-91633**

                              Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. | | | | June 30, 2011 | | | | | |
| **Turner Gas Company** **P.O. Box 26554** **Salt Lake City, UT 84126** | | N A | | First position security interest<br><br>Accounts receivable, propane, and tanks | | | | | |
| | | | | VALUE      **$3,270,937.00** | | | | **$397,976.00** | **$0** |

| | |
|---|---|
| Total(s) (Use only on last page) | **$1,919,925.00**      **$0** |

(Report also on Summary of Schedules)      If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (4/13)

In re **Souza Propane, Inc.** _____, Case No. __14-91633_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__2__ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Souza Propane, Inc.**                                                        , Case No.    **14-91633**
                                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Sales tax | | | | | |
| **California State Board of Equalization Account Information Group, MIC:29 P.O. Box 942879 Sacramento, CA 94279-0029** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 35,801.00 | 35,801.00 |
| Account No. **xxx-x957-1** | | | | | Paytroll taxes | | | | | |
| **Employment Development Department Bankruptcy Special Procedures Group P.O. Box 826880  MIC 92E Sacramento, CA 94280-0001** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 9,583.00 | 9,583.00 |
| Account No. | | | | | Payroll taxes | | | | | |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 82,831.00 | 82,831.00 |
| Account No. | | | | | Personal property taxes | | | | | |
| **Stanislaus County Revenue Recovery P.O. Box 1003 Modesto, CA 95353** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 12,320.00 | 12,320.00 |
| Account No. | | | | | Additional address for notices | | | | | |
| **U.S. Department of Justice Civil Trial Division, Western Region Box 683, Ben Franklin Station Washington, DC 20044** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 140,535.00 | 140,535.00 |

In re __Souza Propane, Inc._____ ,  Case No. __14-91633_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Additional address for notices** | | | | | |
| **United States Attorney (For Internal Revenue Service) 501 I Street, Suite 10-100 Sacramento, CA 95814** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 140,535.00 |
| | | 140,535.00 |

B6F (Official Form 6F) (12/07)

In re    **Souza Propane, Inc.**                                                          Case No.    **14-91633**
                                                                                      ,
                                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A.R.M. Solutions, Inc.** <br> **P.O. Box 2929** <br> **Camarillo, CA 93011** | | - | Collecting for AmeriGars | | | | 0.00 |
| Account No. <br><br> **Allied Interstate LLC** <br> **P.O. Box 361626** <br> **Columbus, OH 43236** | | - | Collecting for Companion Property & Casualty | | | | 0.00 |
| Account No. <br><br> **American Recovery Service, Inc.** <br> **555 St. Charles Drive, Suite 100** <br> **Thousand Oaks, CA 91360** | | - | Workers compensation premiums | | | | 35,928.00 |
| Account No. xxxxx4257 <br><br> **AmeriGas** <br> **25 W. Dickenson Ferry Road** <br> **Merced, CA 95341** | | - | Trade debt | | | | 10,968.00 |

**_5_** continuation sheets attached

Subtotal
(Total of this page)                46,896.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Souza Propane, Inc.**                                      ,        Case No.     **14-91633**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Ashraf Ali Fast and Easy Mart 6840 Goodyear Road Benicia, CA 94510 | - | | Loan | | | | 50,000.00 |
| Account No.  Bonander Buick-GMC 231 S. Center Street Turlock, CA 95380 | - | | Repairs | | | | 2,970.00 |
| Account No.  Calone & Harrel Law Group, LLP 1810 Grand Canal Boulevard Stockton, CA 95207 | - | | Legal fees | | | | 52,418.00 |
| Account No.  Clifford W. Stevens Michael R. Tener Neumiller & Beardslee 509 W. Weber Avenue, 5th Floor Stockton, CA 95203 | - | | Attorneys for Kiva Energy, Inc. | | | | 0.00 |
| Account No.  Companion Property & Casualty 51 Clemson Road Columbia, SC 29229 | - | | Insurance premiums | | | | 21,293.00 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **126,681.00**

Case 14-91633    Filed 01/14/15    Doc 55

In re   **Souza Propane, Inc.**            ,      Case No.   **14-91633**

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible deficiency on leases | | | | |
| **Crossroads Equipment Lease & Finance**<br>**9385 Haven Avenue**<br>**Rancho Cucamonga, CA 91730** | X | - | | | | | **Unknown** |
| Account No. | | | Advertising | | | | |
| **Directory Publishing Solutions, Inc.**<br>**2630 Highway 109**<br>**Wildwood, MO 63040** | | - | | | | | **57.00** |
| Account No. | | | Rental | | | | |
| **Enterprise  Commercial Trucks**<br>**1636 Carnegie Street**<br>**Turlock, CA 95380** | | - | | | | | **3,382.00** |
| Account No. | | | Vehicle rental | | | | |
| **Enterprise Rent A Car**<br>**1636 Carnegie Street**<br>**Turlock, CA 95380** | | - | | | | | **1,809.00** |
| Account No. | | | Possible deficiency on lease | | | | |
| **Financial Pacific Leasing LLC**<br>**3455 S. 344th Way**<br>**Auburn, WA 98001** | X | - | | | | | **Unknown** |

Sheet no.  **2**  of  **5**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal<br>(Total of this page)    **5,248.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Souza Propane, Inc.**   ,   Case No.   **14-91633**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**First Data Services**<br>**P.O. Box 17548**<br>**Denver, CO 80217** | - | | | Processing fees | | | | 888.00 |
| Account No.<br><br>**General Petroleum**<br>**19501 S. Santa Fe Avenue**<br>**Rancho Dominguez, CA 90221** | - | | | Trade debt | | | | 32,645.00 |
| Account No.<br><br>**Jamie P. Dreher**<br>**Downey Brand LLP**<br>**621 Capitol Mall, 18th Floor**<br>**Sacramento, CA 95814** | - | | | Attorney for Ferrell Gas, LP | | | | 0.00 |
| Account No.<br><br>**Kemper CPA Group LLP**<br>**1700 Standiford Avenue**<br>**Modesto, CA 95350** | - | | | Valuation services | | | | 5,000.00 |
| Account No.<br><br>**Lawrence and Judy Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316** | - | | | Promissory note | | | | 1,254,078.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,292,611.00**

In re __Souza Propane, Inc._____,    Case No. ____14-91633_____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | `Trade debt | | | | |
| Leran P O Box 2317 Jacksonville, FL 32203 | - | | | | | | 544.00 |
| Account No. | | | Repairs | | | | |
| McCoy Truck Tire Service Center, Inc. 1407 Lone Palm Avenue Modesto, CA 95351 | - | | | | | | 2,538.00 |
| Account No. | | | Repairs | | | | |
| Mello Truck Repair, Inc. 417 Winmoore Avenue Modesto, CA 95358 | - | | | | | | 30,906.00 |
| Account No. | | | Workers compensation insurance premiums | | | | |
| PT Risk Management Services, Ltd. 10621 S. 51st Street, Suite 101 Phoenix, AZ 85044 | - | | | | | | 11,308.00 |
| Account No. | | | Software | | | | |
| Rural Computer Consultants, Inc. P.O. Box 197 Bird Island, MN 55310 | - | | | | | | 3,273.00 |

Sheet no. __4___ of __5___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 48,569.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Souza Propane, Inc.**                                      ,        Case No.    **14-91633**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Shasta Gas Propane, Inc. 5010 Deschutes Road Anderson, CA 96007 | | - | | | | | | | 37,500.00 |
| Account No. | | | | | GPS services | | | | |
| Trimble Navigation Services 935 Stewart Drive Sunnyvale, CA 94085 | | - | | | | | | | Unknown |
| Account No. | | | | | Possible deficiency on leases | | | | |
| Vision Financial Group, Inc. 615 Iron City Drive Pittsburgh, PA 15205 | X | - | | | | | | | Unknown |
| Account No. | | | | | Trade debt | | | | |
| Western Meter Exchange 1006 E. Edna Place Covina, CA 91724 | | - | | | | | | | 1,198.00 |
| Account No. | | | | | | | | | |

Sheet no.  **5**    of  **5**    sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     **38,698.00**

Total (Report on Summary of Schedules)    **1,558,703.00**

B6G (Official Form 6G) (12/07)

.

In re    **Souza Propane, Inc.**                                    Case No.    __14-91633__
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Crossroads Equipment Lease & Finance**<br>**9385 Haven Avenue**<br>**Rancho Cucamonga, CA 91730** | **Master lease agreement for 18 vehicles. Debtor is the lessee. Some of the vehicles are in the possession of the lessor. Others have been liquidated.** |
| **De Lage Landen Financial Services Inc**<br>**P O Box 41602**<br>**Philadelphia, PA 19101-1602** | **Personal property lease of copier. Debtor is the lessee.** |
| **Financial Pacific Leasing LLC**<br>**3455 S. 344th Way**<br>**Auburn, WA 98001** | **Personal property lease of 49 500 gallon tanks, 66 250 gallon tanks, and 18 320 gallon tannks. Debtor is the lessee.** |
| **Souza Properties, Inc.**<br>**P.O. Box 615**<br>**Denair, CA 95316** | **Real property lease. Debtor is tenant of 826 Souza Street, Turlock, California and 199 W. Canal Drive, Turlock, California. Rent is $8,250 and $9,150 respectively.** |
| **Toshiba Financial Services**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101** | **Personal property lease of copier. Debtor is the lessee.** |
| **Turlock Air Park, Inc.**<br>**P.O. Box 615**<br>**Denair, CA 95316** | **Real property. Debtor is the tenant under 30 year lease with Turlock Air Park, Inc., successsor to John and Zelda Souza, dated December 31, 1974, extended by additional 30 years. Rent is $100 per month.** |
| **Vision Financial Group, Inc.**<br>**615 Iron City Drive**<br>**Pittsburgh, PA 15205** | **Vehicle lease of 2 Freightliner M-2 bobtail trucks. Debtor is leassee.** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Souza Propane, Inc.**                                                                          ,    Case No.    __14-91633__
                                                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lawrence and Judy Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316** | **Ferrellgas**<br>**6519 Redeker Place**<br>**Newark, CA 94560** |
| **Lawrence and Judy Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316** | **Kiva Energy, Inc.**<br>**1262 Dupont Court**<br>**Manteca, CA 95336** |
| **Lawrence and Judy Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316** | **Turner Gas Company**<br>**P.O. Box 26554**<br>**Salt Lake City, UT 84126** |
| **Lawrence and Judy Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316** | **Crossroads Equipment Lease & Finance**<br>**9385 Haven Avenue**<br>**Rancho Cucamonga, CA 91730** |
| **Lawrence and Judy Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316** | **Financial Pacific Leasing LLC**<br>**3455 S. 344th Way**<br>**Auburn, WA 98001** |
| **Lawrence and Judy Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316** | **Vision Financial Group, Inc.**<br>**615 Iron City Drive**<br>**Pittsburgh, PA 15205** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re    __Souza Propane, Inc.__

                      Debtor(s)

Case No.    __14-91633__

Chapter    __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___20___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __January 14, 2015__

Signature                                 

Lawrence J. Souza
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of California

In re  __Souza Propane, Inc.__                                          Case No.  __14-91633__

                                    Debtor(s)                            Chapter  __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,071,157.00** | **Fiscal year ending 6/30/14: Gross revenues** |
| **$4,327,996.00** | **Fiscal year ended 6/30/13: Gross revenues** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Mark Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shareholders' son** | **Regular salary payments** | **$57,000.00** | **$0.00** |
| **Kyle Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shareholders' son** | **Regular salary payments** | **$24,000.00** | **$0.00** |
| **Theron Shamgochian**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shareholders' son-in-law** | **Regylar salary payments** | **$44,480.00** | **$0.00** |
| **Crystal Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shareholders' daughter-in-law** | **Regular salary payments** | **$5,134.00** | **$0.00** |
| **Souza Properties, Inc.**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shareholders also own landlord corporation.** | **Regular monthly rental payments for two parcels of real property - maximum paid** | **$210,000.00** | **$0.00** |
| **Turlock Air Park, Inc.**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shareholder L, Souza owns 25% of landlord** | **Regular monthly payments of rent** | **$1,200.00** | **$0.00** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Lawrence and Judy Souza** **P.O. Box 615** **Denair, CA 95316** | **Regular payments on promissory note** | **$27,000.00** | **$1,254,078.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Shasta Gas Propane, Inc., vs. Lawrence J. Souza, Souza Propane, Inc., case number 181299.** | **Collection action.** | **Superior Court of California, Shasta County.** | **Stayed as to the debtor.** |
| **Kiva Energy, Inc., vs. Souza Propane, Inc.,k Lawrence Souza, Judith Souza, case number 39-2014-00314938-CU-BC-STK.** | **Collection action.** | **Superior Court of California, San Joaquin County.** | **Stayed as to debtor.** |
| **Crossroads Equipment Lease and Finance, LLC, vs. Souza Propane, Inc., Lawrence Souza, and Judith Souza, case numbrt unknown.** | **Complaint for damages arising from breach of lease agreements.** | **Superior Court of California, San Bernardino County.** | **Stayed as to debtor.** |
| **Ferrellgas, L.P., vs. Souza Propane, Inc., et al., case number 2003497.** | **Collection action.** | **Superior Court of California, Stanislaus County.** | **Stayed as to debtor.** |
| **American Recovery Service, Inc., vs. Souza Propane, Inc., case number 2007154.** | **Collection action.** | **Superior Court of California, Stanislaus County.** | **Dismissed.** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ferrelgas** **6519 Redeker Place** **Newark, CA 94560** | | **Bank levies less than $1,000 approximately one year ago.** |

---

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Crossroads Equipments Lease & Finance LL** **9385 Haven Avenue** **Rancho Cucamonga, CA 91730** | **August, 2014** | **18 trucks repossessed.** |

B7 (Official Form 7) (04/13)
4

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David C. Johnston 1600 G Street, Suite 102 Modesto, CA 95354** | **Pre-petition.** | **$1,8283 for pre-petition and post-petition services; $1,717 for clerk's filing fee.** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None      b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
☐      trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
■      otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None      List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■      occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■      Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Souza Propane, Inc.** | **94-1369342** | **199 W. Canal Drive Turlock, CA 95380** | **Sales of propane and tanks, rental of propane tanks.** | **1936 to present (Incorporated 1956)** |

B7 (Official Form 7) (04/13)
7

None
■       b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐       a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED
**Gallina LLP**                                                        **2010 to present.**
**2870 gOLD tAILINGS cOURT**
**Rancho Cordova, CA 95670**

None
■       b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■       c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None
■       d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

**20. Inventories**

None
■       a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None
■       b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■       a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

---

B7 (Official Form 7) (04/13)
8

| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Lawrence Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316** | **President/Director/Shareholder** | **100% with wife.** |
| **udy Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316** | **Secretary/director/shareholder** | **100% with husband.** |

---

**22 . Former partners, officers, directors and shareholders**

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| None ☐ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lawrence and Judy Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shareholders** | **Regular payments on promissory note** | **$27,000** |
| **Mark Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shareholders' son** | **Regular salary** | **$57,000** |
| **Kyle Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shareholders' son** | **Regular salary** | **$24,000** |
| **Theron Shamgochian**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shareholders' son-in-law** | **Regular salary** | **$44,480** |
| **Crystal Souza**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Shaerholders' daughter-in-law** | **Regular salary** | **$5,134** |
| **Souza Properties, Inc.**<br>**P.O. Box 615**<br>**Denair, CA 95316**<br>    **Corporation owned by shareholders** | **Regular monthly rental payments for two parcels of real property occupied by debtor.** | **$210,000** |

B7 (Official Form 7) (04/13)
9

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Turlock Air Park, Inc.<br>P.O. Box 615<br>Denair, CA 95316<br>   Shareholder Lawrence Souza owns 25% of<br>Turlock Air Park, Inc. | Regular monthly rental payments for real property occupied by debtor. | $1,200. |

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                 TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                      TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **January 14, 2015**         Signature

                                **Lawrence J. Souza**<br>                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of California

In re    Souza Propane, Inc.                  Case No.    **14-91633**

                                Debtor                 Chapter          **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lawrence and Judy Souza**<br>**P O Box 615**<br>**Denair, CA 95316** | **Common stock** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 14, 2015**             Signature

                                      **Lawrence J. Souza**<br>                                      **President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

   <u>0</u>    continuation sheets attached to List of Equity Security Holders

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of California

In re **Souza Propane, Inc.** | Case No. **14-91633**
Debtor(s) | Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Recovery Service, Inc.**<br>**555 St. Charles Drive, Suite 100**<br>**Thousand Oaks, CA 91360** | **American Recovery Service, Inc.**<br>**555 St. Charles Drive, Suite 100**<br>**Thousand Oaks, CA 91360** | **Workers compensation premiums** | | **35,928.00** |
| **AmeriGas**<br>**25 W. Dickenson Ferry Road**<br>**Merced, CA 95341** | **AmeriGas**<br>**25 W. Dickenson Ferry Road**<br>**Merced, CA 95341** | **Trade debt** | | **10,968.00** |
| **Ashraf Ali**<br>**Fast and Easy Mart**<br>**6840 Goodyear Road**<br>**Benicia, CA 94510** | **Ashraf Ali**<br>**Fast and Easy Mart**<br>**6840 Goodyear Road**<br>**Benicia, CA 94510** | **Loan** | | **50,000.00** |
| **Bonander Buick-GMC**<br>**231 S. Center Street**<br>**Turlock, CA 95380** | **Bonander Buick-GMC**<br>**231 S. Center Street**<br>**Turlock, CA 95380** | **Repairs** | | **2,970.00** |
| **Companion Property & Casualty**<br>**51 Clemson Road**<br>**Columbia, SC 29229** | **Companion Property & Casualty**<br>**51 Clemson Road**<br>**Columbia, SC 29229** | **Insurance premiums** | | **21,293.00** |
| **Crossroads Equipment Lease & Finance**<br>**9385 Haven Avenue**<br>**Rancho Cucamonga, CA 91730** | **Crossroads Equipment Lease & Finance**<br>**9385 Haven Avenue**<br>**Rancho Cucamonga, CA 91730** | **Possible deficiency on leases** | | **Unknown** |
| **Directory Publishing Solutions, Inc.**<br>**2630 Highway 109**<br>**Wildwood, MO 63040** | **Directory Publishing Solutions, Inc.**<br>**2630 Highway 109**<br>**Wildwood, MO 63040** | **Advertising** | | **57.00** |
| **Enterprise  Commercial Trucks**<br>**1636 Carnegie Street**<br>**Turlock, CA 95380** | **Enterprise  Commercial Trucks**<br>**1636 Carnegie Street**<br>**Turlock, CA 95380** | **Rental** | | **3,382.00** |
| **Enterprise Rent A Car**<br>**1636 Carnegie Street**<br>**Turlock, CA 95380** | **Enterprise Rent A Car**<br>**1636 Carnegie Street**<br>**Turlock, CA 95380** | **Vehicle rental** | | **1,809.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Souza Propane, Inc.**                                    Case No.  **14-91633**
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Financial Pacific Leasing LLC<br>3455 S. 344th Way<br>Auburn, WA 98001 | Financial Pacific Leasing LLC<br>3455 S. 344th Way<br>Auburn, WA 98001 | Possible deficiency on lease | | Unknown |
| First Data Services<br>P.O. Box 17548<br>Denver, CO 80217 | First Data Services<br>P.O. Box 17548<br>Denver, CO 80217 | Processing fees | | 888.00 |
| General Petroleum<br>19501 S. Santa Fe Avenue<br>Rancho Dominguez, CA 90221 | General Petroleum<br>19501 S. Santa Fe Avenue<br>Rancho Dominguez, CA 90221 | Trade debt | | 32,645.00 |
| Leran<br>P O Box 2317<br>Jacksonville, FL 32203 | Leran<br>P O Box 2317<br>Jacksonville, FL 32203 | `Trade debt | | 544.00 |
| McCoy Truck Tire Service Center, Inc.<br>1407 Lone Palm Avenue<br>Modesto, CA 95351 | McCoy Truck Tire Service Center, Inc.<br>1407 Lone Palm Avenue<br>Modesto, CA 95351 | Repairs | | 2,538.00 |
| Mello Truck Repair, Inc.<br>417 Winmoore Avenue<br>Modesto, CA 95358 | Mello Truck Repair, Inc.<br>417 Winmoore Avenue<br>Modesto, CA 95358 | Repairs | | 30,906.00 |
| PT Risk Management Services, Ltd.<br>10621 S. 51st Street, Suite 101<br>Phoenix, AZ 85044 | PT Risk Management Services, Ltd.<br>10621 S. 51st Street, Suite 101<br>Phoenix, AZ 85044 | Workers compensation insurance premiums | | 11,308.00 |
| Rural Computer Consultants, Inc.<br>P.O. Box 197<br>Bird Island, MN 55310 | Rural Computer Consultants, Inc.<br>P.O. Box 197<br>Bird Island, MN 55310 | Software | | 3,273.00 |
| Shasta Gas Propane, Inc.<br>5010 Deschutes Road<br>Anderson, CA 96007 | Shasta Gas Propane, Inc.<br>5010 Deschutes Road<br>Anderson, CA 96007 | Trade debt | | 37,500.00 |
| Trimble Navigation Services<br>935 Stewart Drive<br>Sunnyvale, CA 94085 | Trimble Navigation Services<br>935 Stewart Drive<br>Sunnyvale, CA 94085 | GPS services | | Unknown |
| Western Meter Exchange<br>1006 E. Edna Place<br>Covina, CA 91724 | Western Meter Exchange<br>1006 E. Edna Place<br>Covina, CA 91724 | Trade debt | | 1,198.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Souza Propane, Inc.**

Debtor(s)

Case No. **14-91633**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 14, 2015**                Signature

**Lawrence J. Souza**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of California

In re    **Souza Propane, Inc.** _____    Case No.    **14-91633** _____

_____ Debtor(s)    Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____    $    **Reasonable value of services as allowed by Court**

Prior to the filing of this statement I have received _____    $    **18,283.00**

Balance Due _____    $    **Reasonable value of services as allowed by Court**

2.    The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.    A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    Preparation of plan of reorganization and disclosure statement.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtor in any state court actions, other federal court actions,tax matters, employment matters, and securities matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 14, 2015** _____        **/s/ David C. Johnston** _____
**David C. Johnston**
**David C. Johnston**
**1600 G Street, Suite 102**
**Modesto, CA 95354**
**(209) 579-1150   Fax: (209) 579-9420**

---