David C. Johnston (SBN 71367)
Attorney at Law
1600 G Street, Suite 102
Modesto, California 95354
Telephone: (209) 579-1150
FAX: (209) 579-9420

Attorney for Debtor
Souza Propane, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                           Case No. 14-91633

Souza Propane, Inc.,                            Chapter 11 Case

                                                D.C. No. DCJ-2

      Debtor.                           [No hearing set]
_____/

DECLARATION OF PROPOSED
ATTORNEY FOR DEBTOR IN POSSESSION

I, David C. Johnston, declare under penalty of perjury that the following facts are true and correct of my own knowledge:

1. I am an attorney at law, duly admitted to practice before these courts:

    Supreme Court of California
    Court of Appeals for the District of Columbia
    United States District Court for the Eastern District of California
    United States District Court for the Northern District of California
    United States District Court for the Central District of California
    United States District Court for the Southern District of California
    United States Court of Appeals for the Ninth Circuit
    United States Tax Court

2. I have been admitted to practice law in California continuously since 1976 and in the District of Columbia continuously since 1985. I am the attorney of record for Souza Propane, Inc., (the "Debtor" for the pre-petition

Declaration of Proposed Attorney
for Debtor in Possession         Page 1

period and the "Debtor in Possession" for the post-petition period, which may end soon based on the appointment of a Chapter 11 Trustee).

3. My law office is located at 1600 G Street, Suite 102, Modesto, California 95354. I maintain substantial errors and omissions insurance.

4. I have more than 38 years experience as an attorney and have represented debtors in possession and trustees in Chapter 11 and 12 cases, debtors and trustees in Chapter 7 cases, and debtors in Chapter 13 cases. I have represented creditors in cases arising under all chapters of the Bankruptcy Code. I have obtained confirmation of numerous plans of reorganization on behalf of debtors in possession and Chapter 11 trustees. A few cases in which I obtained plan confirmation in this Court are In re Hilmar Country Estates (case number 99-94387), In re Francis Chang, doing business as Fisherman's Galley (case number 99-90253), In re Central Valley Construction, Inc. (case number 01-94420), In re Viking Mechanical Services, Inc. (case number 03-94714), In re Refreshment Brands, Inc. (case number 04-91494), In re Arturo H. Romero and Ramona Romero, doing business as Romero Farms (case number 04-90563), In re Collision Repair Service, Inc. (case number 06-90267), In re Chateaux Framing, Inc. (case number 08-90575),  In re Bruce's Tire Enterprises, Inc., (case number 09-36446), In re Advance Disposal, Inc., (case number 09-91701), In re Pro-Athletics, Inc., (case number 09-91597), In re S & S Sierra Enterprises, Inc., (case number 10-90294),  In re Harder's Print Shop, Inc., (case number 10-90434,), In re Hamilton Dental Designs, Inc. (case number 11-90885), In re Gregory E. Shinkwin and Cynthia R. Shinkwin (case number 11-92004), and In re AJW Properties, LLC (case number 12-32054).

5. Prior to the consultations which led to the filing of the Debtor's Chapter 11 petition, I had never represented the Debtor nor its officers,

1  directors, and shareholders in any other matters.

2   6. Prior to filing the petition, I reviewed the list of the Debtor's creditors
3  to determine potential conflicts. I have never represented any of the creditors
4  of the Debtor nor had any involvement or connection with them.

5   7. I have no present or past connections or relationships or involvement
6  with any of the following: the creditors in this case; the United States Trustee
7  and her employees; the Debtor; the Debtor's officers, directors, and
8  shareholders; the Debtor's accountant; and the respective counsel for all of
9  the foregoing.

10  8. I do not represent any interest adverse to the Debtor or the estate.

11  9. I do not hold any interest or claim adverse to the Debtor or the estate.

12  10. I am a disinterested person as defined in 11 United States Code §
13 101(14).

14  11. During the one year period prior to the commencement of this case,
15 the following sums were paid to me by the Debtor: $18,283 retainer for pre-
16 petition and post-petition services; and $1,717 which was used to pay the
17 clerk's filing fee.

18  12. My usual hourly rate is $360.00, and the Debtor in Possession has
19 agreed to pay this rate, subject to approval of the Court.

20  13. The statement required by Federal Rule of Bankruptcy Procedure
21 2016(b) was previously filed. A duplicate (containing docket control number
22 DCJ-2) is filed with this declaration so the Court will have all relevant
23 documents before it when it reviews the application.

24  Executed at Modesto, California on January 20, 2015.

/s/ David C. Johnston
---
David C. Johnston

Declaration of Proposed Attorney
for Debtor in Possession     Page 3